

FILED BY _____ D.C.

FEB 2 2 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF FLORIDA

Civil Case Number: ___21-cv-20716-Moore/Reinhart___

HERBY YVES PIERRE-GILLES,          )

PLAINTIFF,                                    )

                    VS.                   )

AKIMA GLOBAL SERVICES, LLC         )

DEFENDANT,                                 )

## COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

### I. Party Information

A.  Plaintiff: HERBY YVES PIERRE-GILLES

    Address : 18201 SW 12TH STREET

             MIAMI, FLORIDA 33194

    Alien Registration No.: 073 118 724

    Year of Birth: 1985

  VS.

B.  Defendant : AKIMA GLOBAL SERVICES, LLC

    Address:  2553 DULLES U DRIVE

           HERNDON, VIRGINIA 20171

## II. Statement of Claim

1. THIS COURT HAS JURISDICTION UNDER USC 28 1331

2. PLAINTIFF, HERBY YVES PIERRE-GILLES, IS CURRENTLY IN THE PHYSICAL CUSTODY OF THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY IMMIGRATION AND CUSTOMS ENFORCEMENT AT THE KROME NORTH SERVICE PROCESSING CENTER ("KPC") LOCATED AT 18201 SW 12TH STREET, MIAMI, FLORIDA 33194.

3. DEFENDANT, AKIMA GLOBAL SERVICES, LLC ("AGS"), IS A FICTITIOUS ENTITY LICENSED TO CONDUCT BUSINESS IN THE STATE OF FLORIDA WHO'S HEADQUARTER IS LOCATED AT 2553 DULLES U DRIVE, HERNDON, VIRGINIA 20171 AND IS CURRENTLY UNDER A LEGAL CONTRACT WITH ICE TO PROVIDE SECURITY SERVICES PERTAINING TO MANAGEMENT AT THE KROME NORTH SERVICE PROCESSING CENTER.

4. PLAINTIFF EIGHTH AMENDMENT CONSTITUTIONAL RIGHT WAS VIOLATED ON DECEMBER 27TH, 2020 WHILE PLAINTIFF WAS IN ICE CUSTODY AT KPC. AT APPROXIMATELY 20:08 A CALCULATED USE OF FORCE WAS AUTHORIZED BY ICE SDDO NIEDZIALEK AGAINST THE PLAINTIFF AND WAS MONITORED BY AKIMA GLOBAL SERVICES, LLC'S THIRD SHIFT SUPERVISOR LIEUTENANT MELISSA L. LABOSSIERE AT THE MENTAL HEALTH UNIT CELL 1273.

5. DURING THE CALCULATED USE OF FORCE THE PLAINTIFF WAS STRUCK ON THE HEAD AND FACIAL AREA WITH A CLOSED FIST MULTIPLE TIMES BY OFFICER M. ROQUE TO WHICH RESULTED IN PHYSICAL INJURIES. OFFICER M. ROQUE IS CURRENTLY EMPLOYED BY THE DEFENDANT. PICTURES OF THE INJURIES ON PLAINTIFF HEAD AND FACIAL AREAS WERE TAKEN ON SITE BY LIEUTENANT LABOSSIERE.

6. PLAINTIFF WAS ALSO KNEED IN THE FACE BY OFFICER M. ROQUE TO WHICH CAUSED PHYSICAL INJURIES TO THE PLAINTIFF'S UPPER AND LOWER LIP.

7. AFTER THE PLAINTIFF WAS TAKEN DOWN THE PLAINTIFF'S HEAD WAS SLAMMED MULTIPLE TIMES WITH GREAT FORCE AGAINST THE CONCRETE FLOOR OF MHU CELL 1273 BY AN UNKNOWN AGS SECURITY GUARD.

8. WHILE ON THE GROUND AFTER BEING TAKEN DOWN BY THE CALCULATED USE OF FORCE CELL EXTRACTION TEAM, THE PLAINTIFF'S LEFT INDEX FINGER WAS TWISTED BACK WARD IN A FORCEFUL MANNER BY ANOTHER UNKNOWN AGS SECURITY GUARD WHO APPLIED SUCH FORCE TO MALICIOUSLY AND SADISTICALLY CAUSE HARM TO THE PLAINTIFF.

9. WHILE ON THE GROUND AFTER BEING TAKEN DOWN BY THE CALCULATED USE OF FORCE CELL EXTRACTION TEAM, THE PLAINTIFF'S DETAINEE UNIFORM WAS VIOLENTLY RIPPED OFF OF HIM INCLUDING HIS UNDERGARMENT AND THE PLAINTIFF WAS LEFT COMPLETELY NAKED IN FRONT OF MULTIPLE FEMALE STAFF MEMBERS WITH HIS PRIVATE AREA COMPLETELY EXPOSED.

10. WHILE ON THE GROUND AFTER BEING TAKEN DOWN BY THE CALCULATED USE OF FORCE CELL EXTRACTION TEAM, THE PLAINTIFF WAS CHOKED BY ANOTHER UNKNOWN AGS GUARD WHO HAD BOTH OF HIS HANDS WRAPPED AROUND THE PLAINTIFF'S NECK AREA IN A MALICIOUS AND SADISTIC MANNER TO CAUSE HARM TO THE PLAINTIFF AND REFUSED TO LET GO TO THE POINT WHERE THE PLAINTIFF EXPERIENCED GREAT DIFFICULTIES BREATHING.

11. THE CALCULATED USE OF FORCE WAS RECORDED BY THREE SEPARATE VIDEO CAMERAS, THE TWO SURVEILLANCE CAMERAS LOCATED INSIDE CELL 1273 AND ALSO THE USE OF FORCE CAMERA TO WHICH RECORDED NOT ONLY THE VIDEO BUT ALSO THE AUDIO OF THE ENTIRE INCIDENT.

12. PLAINTIFF SUFFERED EXTREME PHYSICAL PAIN TO WHICH PLAINTIFF IS STILL TAKEN PRESCRIBED PAIN MEDICATION FOR.

13. PLAINTIFF SUFFERED GREAT EMOTIONAL PAIN TO WHICH PLAINTIFF IS CURRENTLY TAKING DEPRESSION MEDICATION FOR.

14. PLAINTIFF SUFFERED DEBILITATING PSYCHOLOGICAL PAIN DUE TO THE PHYSICAL ABUSE EXPERIENCED BY THE HANDS OF THE AGS GUARDS WHO PARTICIPATED IN THE AFOREMENTIONED CALCULATED USE OF FORCE.


COUNT I—AGGRAVATED BATTERY


15.  Plaintiff incorporates Paragraphs 1-14 by reference.

16. OFFICER M. ROQUE PUNCHED AND KICKED THE PLAINTIFF MULTIPLE TIMES, HE APPLIED EXCESSIVE FORCE TO MALICIOUSLY AND SADISTICALLY CAUSE HARM TO THE PLAINTIFF.

17. UNKNOWN AGS OFFICER SLAMMED PLAINTIFF HEAD MULTIPLE TIMES AGAINST THE CONCRETE FLOOR TO MALICIOUSLY AND SADISTICALLY CAUSE HARM TO THE PLAINTIFF.

COUNT II—ATTEMPTED MURDER


18.  Plaintiff incorporates Paragraphs 1-17 by reference.

19. ANOTHER UNKNOWN AGS OFFICER CLIMBED ON TOP OF PLAINTIFF WHILE HE WAS DOWN ON THE FLOOR AND STARTED CHOKING PLAINTIFF AND PLAINTIFF EXPERIENCED GREAT DIFFICULTIES BREATHING AND HAD REFUSED TO CEASE AND DESIST APPLYING FORCE TO MALICIOUSLY AND SADISTICALLY CAUSE PAIN TO THE DEFENDANT. AT THAT POINT PLAINTIFF WAS IN FEAR OF HIS LIFE AND THOUGHT THAT HE WAS GOING TO DIE.



III. Relief Requested

WHEREFORE, PLAINTIFF REQUESTS

1. Compensatory and punitive damages.

2. Such other relief as the court deems appropriate.

X _____

HERBY YVES PIERRE-GILLES
PLAINTIFF

## VERIFICATION

I have read the foregoing complaint, and the allegations are true and correct to the best of my knowledge, information, and belief.

## IV. Jury Demand

The Plaintiff respectfully demand from the court a jury trial.

Signed this _12 TH_ day of _FEBRUARY_, 20 _21_

_____
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is truce and correct.

Executed on: _2/12/2021_

_____
Signature of Plaintiff



BENECIA TOWNSEND
Commission # HH 047583
Expires October 25, 2024
Bonded Thru Troy Fain Insurance 800-385-7019

I HEREBY GIVES PIERRE-GILLES
A 073 118 724
KRONE NIXON SERVICE PROCESSING CENTER
18201 SW 12TH STREET
MIAMI, FL 33194

33128-180549

MIAMI FL 330
17 FEB 2021 PM 5 L

OFFICE OF THE CLERK,
WILKIE D. FERGUSON JR.
UNITED STATES COURTHOUSE
400 NORTH MIAMI AVENUE ROOM 8N09
MIAMI, FLORIDA 33128-7710

B 43861 20
$0.710
US POSTAGE
FIRST-CLASS
062S0009684070
33194
stamps