UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Civil Case Number:1:21-cv-20716-KMM

FILED BY _____ D.C.

MAR 25 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

HERBY YVES PIERRE-GILLES
Plaintiff,

v.

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY,
IMMIGRATION AND CUSTOMS
ENFORCEMENT

BILL MONET, CEO of AKIMA
GLOBAL SERVICES, LLC

LAURA MITCHELL, PRESIDENT OF
AKIMA GLOBAL SERVICES, LLC

MICHAEL W. MEADE,
FIELD OFFICE DIRECTOR

LIANA J. CASTANO,
OFFICER IN CHARGE of the
KROME NORTH SERVICE PROCESSING
CENTER

TIMOTHY LITCH,
CAPTAIN, AKIMA GLOBAL SERVICES, LLC

LARRY NIEDZIALECK,
SUPERVISOR DETENTION
DEPORTATION OFFICER of ICE

M. ROQUE,
SECURITY OFFICER

A. ALFONSO
SECURITY OFFICER

JHON DOE # 1
SECURITY OFFICER

JHON DOE #2
SECURITY OFFICER

JHON DOE # 3
SECURITY OFFICER
Defendants.
_____/

**Employer:** UNITED STATES DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION and CUSTOMS ENFORCEMENT

**Address:** ICE- MIAMI FIELD OFFICE
865 SW 78TH AVENUE, SUITE 101
PLANTATION, FLORIDA 33324


**Defendant:** LIANA J. CASTANO

**Title:** OFFICER IN CHARGE

**Employer:** UNITED STATES DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION and CUSTOMS ENFORCEMENT

**Address:** KROME NORTH SERVICE PROCESSING CENTER
18201 SW 12TH STREET
MIAMI, FLORIDA 33194


**Defendant:** TIMOTHY LITCH

**Title:** CAPTAIN

**Employer:** AKIMA GLOBAL SERVICES, LLC

**Address:** 2553 DULLES U DRIVE
HERNDON, VIRGINIA 20171


**Defendant:** LARRY NIEDZIALECK

**Title:** SUPERVISOR of DETENTION DEPORTATION OFFICER

**Employer:** UNITED STATES DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION and CUSTOMS ENFORCEMENT

**Address:** KROME NORTH SERVICE PROCESSING CENTER
18201 SW 12TH STREET
MIAMI, FLORIDA 33194

**Defendant:** M. ROQUE

## II. STATEMENT OF CLAIM

1. This court has jurisdiction under U.S.C. 1331.

2. Plaintiff, HERBY YVES PIERRE-GILLES is currently in the custody of the UNITED STATES DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION and CUSTOMS ENFORCEMENT at the KROME NORTH SERVICE PROCESSING CENTER ("KPC") located at 18201 SW 12TH STREET, MIAMI, FLORIDA 33194.

3. Defendant BILL MITCHELL is the current CEO of AKIMA GLOBAL SERVICES, LLC who's headquarter is located at 2553 Dulles U Drive, Herndon, Virginia 20171.

4. Defendant LAURA MITCHELL, is the current President of AKIMA GLOBAL SERVICES, LLC.

5. Defendant MICHAEL W. MEADE is the current FIELD OFFICE DIRECTOR for the ICE Miami Field office and is Plaintiff's current legal custodian.

6. Defendant LIANA J. CASTANO is the current OFFICER IN CHARGE of the KROME NORTH SERVICE PROCESSING CENTER.

7. Defendant TIMOTHY LITCH is the current CAPTAIN employed by AKIMA GLOBAL SERVICES, LLC that is over the management of the SPECIAL MANAGEMENT UNIT at the KROME NORTH SERVICE PROCESSING CENTER.

8. Defendant UNITED STATES DEPARTMENT OF HOMELAND SECURITY IMMIGRATION and CUSTOMS ENFORCEMENT is the United States agency to which Plaintiff is in the current custody of and is responsible for providing a safe environment while Plaintiff is in custody.

9. Defendant LARRY NIEDZIALECK was the ICE shift supervisor on duty at the time the alleged incident took place on December 27th, 2020.

10. Defendant M. ROQUE is a security officer employed by AKIMA GLOBAL SERVICES, LLC.

11. Defendant A. Alfonso is a security officer employed by AKIMA GLOBAL SERVICES, LLC.

12. Defendant JHON DOE #1 is a security officer employed by AKIMA GLOBAL SERVICES, LLC.

13. Defendant JHON DOE #2 is a security officer employed by AKIMA GLOBAL SERVICES, LLC.

14. Defendant JHON DOE #3 is a security officer employed by AKIMA GLOBAL SERVICES, LLC.

15. Each defendant is sued individually and in his/her/its official capacity. At all times mentioned in this complaint each defendant acted under the color of state law.

16. At all times relevant to this case, Plaintiff HERBY YVES PIERRE-GILLES was in the custody of the DEPARTMENT of HOMELAND SECURITY, IMMIGRATION and CUSTOMS ENFORCEMENT at the KROME NORTH SERVICE PROCESSING CENTER located at 18201 SW 12th Street, Miami, Florida 33194.

17. On December 27th, 2020 at approximately 2008 hours a calculated use of force was authorized by SDDO LARRY NIEDZIALECK against Plaintiff while he was receiving mental health services at the MEDICAL HOUSING UNIT of the KROME NORTH SERVICE PROCESSING CENTER.

18. At the commencement of the calculated use of force Plaintiff was struck with the shield used by Defendant JOHN DOE #1 and was pinned against the wall by JOHN DOE who was the first AKIMA GLOBAL SERVICES, LLC security guard to enter cell 1273 causing physical injury to Plaintiff's

30. Plaintiff HERBY YVES PIERRE-GILLES then made several more requests by mail to Defendant BILL MONET at AKIMA GLOBAL SERVICES, LLC's headquarter located at 2553 DULLES U DRIVE, HERNDON, VIRGINIA 20171 pertaining to the same matter but didn't receive any reply back either.

31. Plaintiff HERBY YVES PIERRE-GILLES then later filed a complaint with Defendant MICHAEL W. MEADE's office due to the fact that Defendant is the current FIELD OFFICE DIRECTOR for the DISTRICT No. 6 MIAMI FIELD OFFICE ( see attached exhibit b) but never got any response back from Defendant or was informed by any of the defendant's constituents of any investigation being initiated as a result of plaintiff's complaint with the Miami Field office.

## III. EXHAUSTION OF LEGAL REMEDIES

32. Plaintiff HERBY YVES PIERRE-GILLES used the detainee grievance procedure available at the KROME NORTH SERVICE PROCESSING CENTER to try to and solve the problem. Plaintiff HERBY YVES PIERRE-GILLES presented the facts relating to this complaint but the response that was given to the plaintiff by the KROME NORTH SERVICE PROCESSING grievance coordinators was that plaintiff's grievances were all denied. Plaintiff will furnish physical copies of all grievances to the court as exhibits once they've become available due to the fact that detainees at KROME NORTH SERVICE PROCESSING CENTER utilizes tablets to digitally submit informal, formal and emergency grievances to the grievance coordinators.

## IV.    LEGAL CLAIM

33. Plaintiff reallege and incorporate by reference paragraph 1-32.

34. Defendant LARRY NIEDZIALECK authorized a calculated use of force against plaintiff to which resulted in plaintiff receiving several injuries when such calculated use of force was unnecessary. Defendant NIEDZIALECK's action violated Plaintiff HERBY YVES PIERRE-GILLES's rights under the Eighth Amendment to the United States Constitution, and caused Plaintiff HERBY YVES PIERRE-GILLES pain, suffering, physical injury and emotional distress.

35. Defendant LIANA J. CASTANO failed to provide a safe and secure environment for the plaintiff while in custody to which resulted in plaintiff receiving physical injuries and emotional distress. Even after requesting to be placed in PROTECTIVE CUSTODY due to being in fear of retaliation and further physical abuse from the AGS security guards who were involved in the aforementioned calculated use of force the plaintiff was still brought in the presence of several of those guards.

36. Defendant M. ROQUE used excessive force against plaintiff by punching him in the face, kneeing him in the face and slamming his head multiple times on the concrete floor. Defendant ROQUE's action violated plaintiff's rights under the Eighth Amendment to the United States Constitution, and caused Plaintiff HERBY YVES PIERRE-GILLES pain, suffering, physical injury and emotional distress.

37. Defendant A. Alfonso used excessive force against plaintiff during the aforementioned calculated use of force and later filed false charges accusing plaintiff of physically attacking him during the incident.

50. Any additional relief this court deems just, proper, and equitable.

DATED: March 19th, 2021

Respectfully submitted,
HERBY YVES PIEERE-GILLES
073 118 724
KROME NORTH SERVICE PROCESSING CENTER
18201 SW 12TH STREET
MIAMI, Florida 33194

## VERIFICATION

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and, as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed at Miami, Florida on March 19th, 2021

X _____
HERBY YVES PIERRE-GILLES
PLAINTIFF

3/19/2021

BENECIA TOWNSEND
Commission # HH 047583
Expires October 25, 2024
Bonded Thru Troy Fain Insurance 800-385-7019

HERBY YVES PIERRE-GILLES
A0173 118 964
KROME NORTH SERVICE
PROCESSING CENTER
18201 SW 12TH ST
MIAMI, FL 33194

LEGAL MAIL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
OFFICE OF THE CLERK
400 NORTH MIAMI AVENUE, 8TH FLOOR
MIAMI, FL 33128

$1.110
US POSTAGE
FIRST-CLASS
062S0009684070
33194