UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:21-cv-20716-KMM

HERBY YVES PIERRE-GILLES,

    Plaintiff,

v.

AKIMA GLOBAL SERVICES, LLC,

    Defendant.
_____/

## **ORDER**

THIS CAUSE came before the Court upon a *sua sponte* review of the record. On February 22, 2021, Plaintiff filed a Complaint alleging violations of his constitutional rights in connection with an incident that occurred at Krome Service Processing Center on December 27, 2020. (ECF No. 1). On March 8, 2021, the Court dismissed Plaintiff's Complaint without prejudice and with leave to amend because Defendant Akima Global Services, LLC was not a proper defendant. (ECF No. 5). On March 25, 2021, Plaintiff filed an Amended Complaint. (ECF No. 11).

On April 13, 2021, Plaintiff filed a separate complaint with facts related to the December 27, 2020 incident, which resulted in a new case being opened. *Pierre-Gilles v. Castano*, No. 1:21-cv-21413-KMM, ECF No. 1. The Court subsequently issued an Order consolidating the two cases in the interest of judicial economy because they involve common questions of law or fact. (ECF No. 15).

Because the Court does not permit piecemeal litigation, Plaintiff must file a single, comprehensive amended complaint to proceed in this matter. Although appearing *pro se*, Plaintiff is required to comply with the Federal Rules of Civil Procedure and the Local Rules of the

Southern District of Florida. *See Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989); *see also Shuler v. Okeechobee CI Warden*, 815 F. App'x 457, 458 (11th Cir. 2020). Failure to comply with the Rules may result of dismissal of the action. Fed. R. Civ. P. 41(b); *see also Brye v. Sec'y Dep't of Corr.*, 228 F. App'x 843, 843–44 (11th Cir. 2007).

The amended complaint must list each claim in separate numbered paragraphs using short and plain statements stating why the relief requested should be granted. Further, the amended complaint must be verified; that is, signed and dated under the penalty of perjury, pursuant to Local Rule 88.2(a)(4). The amended complaint will be the sole operative complaint in this proceeding. The Court will not incorporate by reference any previously filed complaints.

Accordingly, UPON CONSIDERATION of the pertinent portions of the record and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that the Amended Complaint (ECF No. 11) is DISMISSED WITHOUT PREJUDICE. Plaintiff may—if he so chooses—file a second amended complaint consistent with this Order on or before June 4, 2021. Failure to timely file a second amended complaint in compliance with this Order may result in dismissal of this action.

DONE AND ORDERED in Chambers at Miami, Florida, this 13th day of May, 2021.

K. M. Moore

K. MICHAEL MOORE
CHIEF UNITED STATES DISTRICT JUDGE

c:   Herby Yves Pierre-Gilles
     A#073 118 724
     Krome Service Processing Center
     Inmate Mail/Parcels
     18201 SW 12th Street
     Miami, FL 33194
     PRO SE